IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Date:                January 13, 2026
Courtroom Deputy:  Heidi L. Guerra
Court Reporter:      Kevin Carlin
Law Clerk:           Taylor Shields

---

Civil Action No. **1:25-cv-04029-WJM-STV**          Counsel:

VICTOR GARCIA ABANIL                                 Skylar Madison Larson

     Petitioner,

v.

JUAN BALTAZAR, in his official capacity as           Katherine Ann Ross
Warden of the Aurora Contract Detention Facility,
ROBERT HAGAN, in his official capacity as Field
Office Director, Denver Field Office of U.S.
Immigration and Customs Enforcement,
TODD LYONS, in his official capacity as Acting
Director of U.S. Immigration and Customs
Enforcement,
KRISTI NOEM, in her official capacity as Secretary
of U.S. Department of Homeland Security, and
PAMELA BONDI, in her official capacity as Attorney
General of the United States,

     Respondents.

---

## COURTROOM MINUTES

---

## ORAL ARGUMENT

**2:03 p.m.     Court in session.**

Court calls case. Appearances of counsel. Petitioner not present in courtroom.

Opening remarks by the Court.

Petitioner's argument in support of the [1] Application for Writ of Habeas Corpus Pursuant to 28 USC 2241 by Ms. Larson.

Questions by the Court.

Respondents' argument against the [1] Application for Writ of Habeas Corpus Pursuant to 28 USC 2241 by Ms. Ross.

Questions by the Court.

Plaintiff's rebuttal by Ms. Larson.

**ORDERED:**   Petitioner's [1] Application for Writ of Habeas Corpus Pursuant to 28 USC 2241 is TAKEN UNDER ADVISEMENT.

**3:11 p.m.      Court in recess. Hearing concluded.**

Total time in court: 1 hour 8 minutes